UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN KENNEDY,<br>　　　　Plaintiff | : CIVIL ACTION NO.<br>: 3:03 CV 1038 (RNC)<br>:<br>: |
| VS. | : |
| KEVIN FOLEY,<br>　　　　Defendant | :<br>:<br>: DECEMBER 9, 2003 |

### MOTION FOR DEFAULT FOR FAILURE TO APPEAR

The defendant, Kevin Foley, having failed to appear, answer or otherwise respond to the complaint, in the above-entitled action, and the time for filing an appearance, answer or response having expired, the plaintiff, Brian Kennedy, respectfully requests that the Court enter a default against the defendant, Kevin Foley, pursuant to Rule 55 et seq., of the Federal Rules of Civil Procedure, for his failure to respond to the complaint dated June 10, 2003, wherein a waiver of service of summons was accepted by the defendant, Kevin Foley, on June 28, 2003.

PLAINTIFF,

By_____
Jeffrey L. Ment
Rome McGuigan Sabanosh, P.C.
One State Street, Hartford, CT 06103
(860) 549-1000
Federal Bar No. CT 12299

## CERTIFICATION

The undersigned certifies that the attached Motion for Default for Failure to Appear was mailed, first-class, postage prepaid, on the 9th day of December, 2003, to the following:

Kevin L. Foley
164 Burlingame Road
Charlton, MA 01507

_____
Jeffrey L. Ment