FILED

UNITED STATES DISTRICT COURT  2003 DEC 22  P 4: 08
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

BRIAN KENNEDY,
    Plaintiff,

3:03CV1038(RNC)

v.

KEVIN FOLEY,
    Defendants.

December 22, 2003

## APPEARANCE

Please enter the appearance of the undersigned counsel for the defendant, Kevin Foley.

Respectfully submitted,

*Ryan P. Barry* (signature)

Ryan P. Barry
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
Tele. No: (860) 549-8440
Fax No: (860) 549-8440
Email: rbarry@mwlawgroup.com
Fed. Bar Id: ct 21683

FILED 2003 DEC 22 P 4: 06 US DISTRICT COURT HARTFORD CT

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 22 day of December 2003, to the following counsel of record:

Jeffrey L. Ment
Rome, McGuigan & Sabanosh
One State Street
Hartford, CT 06103
Tele. No: 860-549-1000

_____
Ryan P. Barry