FILED

UNITED STATES DISTRICT COURT 2003 DEC 22 P 4: 08
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| BRIAN KENNEDY,<br>Plaintiff, | 3:03CV1038(RNC) |
| v. | |
| KEVIN FOLEY,<br>Defendants. | December 22, 2003 |

## APPEARANCE

Please enter the appearance of the undersigned counsel for the defendant, Kevin Foley.

Respectfully submitted,

_____
D. Lincoln Woodard
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
Tele. No: (860) 549-8440
Fax No: (860) 549-8440
Email: lwoodard@mwlawgroup.com
Fed. Bar Id: ct 20723

FILED
2003 DEC 22 P 4: 06
US DISTRICT COURT
HARTFORD CT

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 22 day of December 2003, to the following counsel of record:

Jeffrey L. Ment
Rome, McGuigan & Sabanosh
One State Street
Hartford, CT 06103
Tele. No: 860-549-1000

D. Lincoln Woodard