FILED

2003 DEC 22 P 4:09

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN KENNEDY,
    Plaintiff,

v.

KEVIN FOLEY,
    Defendants.

3:03CV1038(RNC)

December 22, 2003

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed.R.Civ.P. § 6(b), the defendant, Kevin Foley, hereby requests an extension of time of thirty (30) days, up to an including January 21, 2004, in which to respond to the plaintiff's complaint. Given that the complaint was not received by defense counsel until December 22, 2003, the undersigned counsel needs additional time to meet with the defendant in order to fully review the facts and circumstances of the plaintiff's claims so as to properly plead to said complaint. The undersigned counsel has spoken with plaintiff's counsel and there is no objection to the Court's granting of this motion.

This is the defendant's first motion for extension of time with respect to this pleading.

For the foregoing reasons, the defendant respectfully requests that this motion be granted.

US DISTRICT COURT
HARTFORD CT

2003 DEC 22 P 4:06

FILED

Respectfully submitted,

*[signature]*

D. Lincoln Woodard
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
Tele. No: (860) 549-8440
Fax No: (860) 549-8440
Email: lwoodard@mwlawgroup.com
Fed. Bar Id: ct 20723

## ORDER

The foregoing Motion, having been reviewed by the Court, is hereby ordered: GRANTED/DENIED.

By_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 22 day of December 2003, to the following counsel of record:

Jeffrey L. Ment
Rome, McGuigan & Sabanosh
One State Street
Hartford, CT 06103
Tele. No: 860-549-1000

*[signature]*

D. Lincoln Woodard