UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Brian Kennedy

V.  Case Number: 3:03cv1038 (RNC)

Kevin Foley

FILED

2003 DEC 24  A 10: 2:

**Motion for Extension**

Doc. # 7

U.S. DISTRICT COURT
HARTFORD, CT.

**ORDERED ACCORDINGLY**

Dated at Hartford, Connecticut, December 24, 2003.

KEVIN F. ROWE, CLERK

By: _____
Linda S. Ferguson
Deputy Clerk