UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 23 P 3: 55

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| BRIAN KENNEDY,<br>Plaintiff, | |
| v. | 3:03CV1038(RNC) |
| KEVIN FOLEY,<br>Defendants. | January 23, 2004 |

## ANSWER

The defendant, Kevin Foley, hereby responds to the allegations of the plaintiff's complaint as follows:

1. As to paragraph 1, the defendant has insufficient knowledge upon which to form a belief and therefore denies the same and leaves the plaintiff to his proof.

2. Paragraphs 2, 3 and 4 are admitted.

3. As to paragraphs 5, 6 and 7, the defendant has insufficient knowledge upon which to form a belief and therefore denies the same and leaves the plaintiff to his proof.

4. Paragraph 8 is denied insofar as it alleges that the defendant refused to comply with repeated demands and became agitated and belligerent. As to the remaining allegations in paragraph 8, the defendant has insufficient knowledge upon which to form a belief and therefore denies the same and leaves the plaintiff to his proof.

5. Paragraph 9 is denied insofar as it alleges when the defendant refused to comply with repeated demands. As to the remaining allegations in paragraph 9, the

defendant has insufficient knowledge upon which to form a belief and therefore denies the same and leaves the plaintiff to his proof.

6. As to paragraph 10, the defendant has insufficient knowledge upon which to form a belief and therefore denies the same and leaves the plaintiff to his proof.

COUNT ONE:

1. The defendant hereby incorporates his responses to paragraphs 1-10 of the previous section as his corresponding responses to paragraphs 1-10 of Count One as if fully set forth herein.

2. Paragraphs 11 and 12 are denied.

3. Paragraph 13 is denied insofar as it alleges as a direct and proximate result of the negligence and carelessness of defendant. As to the remaining allegations in paragraph 13, the defendant has insufficient knowledge upon which to form a belief and therefore denies the same and leaves the plaintiff to his proof.

4. Paragraphs 14, 15, and 16 are denied insofar as they allege as a further result of the negligence and carelessness of defendant. As to the remaining allegations in paragraphs 14, 15 and 16, the defendant has insufficient knowledge upon which to form a belief and therefore denies the same and leaves the plaintiff to his proof.

COUNT TWO:

1. The defendant hereby incorporates his responses to paragraphs 1-10 of the first section as his corresponding responses to paragraphs 1-10 of Count Two as if fully set forth herein.

2. Paragraphs 11 and 12 are denied.

3. Paragraph 13 is denied insofar as it alleges as a direct and proximate result of the intentional, wanton and/or recklessness of defendant. As to the remaining allegations in paragraph 13, the defendant has insufficient knowledge upon which to form a belief and therefore denies the same and leaves the plaintiff to his proof.

4. Paragraphs 14, 15 and 16 are denied insofar as they allege as a further result of the intentional, wanton and/or recklessness of the defendant. As to the remaining allegations in paragraphs 14, 15 and 16, the defendant has insufficient knowledge upon which to form a belief and therefore denies the same and leaves the plaintiff to his proof.

Respectfully submitted,

*Ryan P. Barry*

Ryan P. Barry
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
Tele. No: (860) 549-8440
Fax No: (860) 549-8440
Email: rbarry@mwlawgroup.com
Fed. Bar Id: ct 21683

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 23 day of January 2004, to the following counsel of record:

Jeffrey L. Ment
Rome, McGuigan & Sabanosh
One State Street
Hartford, CT 06103
(860) 549-1000

_____
Ryan P. Barry