UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 23  P 3: 55
U.S. DISTRICT COURT
HARTFORD, CT

BRIAN KENNEDY,
    Plaintiff,

v.

KEVIN FOLEY,
    Defendants.

3:03CV1038(RNC)

January 23, 2004

### CLAIM FOR JURY

The Defendant respectfully claims a trial by jury in the above-captioned case.

Respectfully submitted,

*/s/ Ryan P. Barry*
Ryan P. Barry
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
Tele. No: (860) 549-8440
Fax No: (860) 549-8440
Email: rbarry@mwlawgroup.com
Fed. Bar Id: ct 21683

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 23 day of January 2004, to the following counsel of record:

Jeffrey L. Ment
Rome, McGuigan & Sabanosh
One State Street
Hartford, CT 06103
Tele. No: 860-549-1000

_____
Ryan P. Barry