UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 FEB 13 A 8: 16
U.S. DISTRICT COURT
HARTFORD, CT.

BRIAN KENNEDY,

    Plaintiff,

V.

    CASE NO. 3:03CV1038(RNC)

KEVIN FOLEY,

    Defendant.

## NOTICE AND ORDER

The court has reviewed the file in this case to monitor the parties' compliance with Local Rule 26(e). Local Rule 26(e) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(e) further provides that, within 10 days after the conference, the participants must jointly complete and file a report of the conference using Form 26(f).

It appears that more than forty days have passed since the appearance of a defendant in this case, but no joint report has been filed. Accordingly, it is hereby ordered that the parties file the required report on or before April 1, 2004.

So ordered.

Dated at Hartford, Connecticut this 12th day of February 2004.

                                          Robert N. Chatigny
                                       United States District Judge