UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN KENNEDY | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03 CV 1038(RNC) |
| | : | |
| v. | : | |
| | : | |
| KEVIN FOLEY | : | |
| *Defendant* | : | FEBRUARY 18, 2004 |

## **APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the intervening co-plaintiff, State of Connecticut, in the above-captioned case.

Dated at Hartford, Connecticut, this 18th day of February, 2004.

STATE OF CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

William J. McCullough
Assistant Attorney General

BY: _____
Philip M. Schulz
Assistant Attorney General
Federal Bar No. ct00729
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5050
Philip.Schulz@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via certified mail, return receipt requested this 18th day of February, 2004 to:

Jeffrey L. Ment, Esq.
Rome, McGuigan
Sabanosh, P.C.
One State Street
Hartford, CT 06103

D. Lincoln Woodard, Esq.
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106

Ryan P. Barry, Esq.
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106

_____
Philip M. Schulz
Assistant Attorney General