UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN KENNEDY | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03 cv 1038(RNC) |
| v. | : | |
| KEVIN FOLEY | : | FEBRUARY 18, 2004 |
| *Defendant* | | |

**MOTION OF THE STATE OF CONNECTICUT TO INTERVENE
AS CO-PLAINTIFF AND TO FILE INTERVENING COMPLAINT**

The Subscriber, State of Connecticut, also hereinafter referred to as the Employer, moves this Court for an Order allowing it to intervene in this third-party action as a matter of right under Fed. R. Civ. Proc. 24(a)(2), and Conn. Gen. Stat. Sec. 31-293 and sets forth the following in support of its motion:

1. This action is a third-party personal injury action brought by the plaintiff, Brian Kennedy ("Plaintiff") against the defendant, Kevin Foley ("Defendant") for damages arising out of a Connecticut workers' compensation claim.

2. At the time of the personal injuries suffered by the plaintiff in the above-entitled action, he was in the employ of the State of Connecticut within the scope of the Workers' Compensation Act and said injuries arose out of and in the course of this employment.

3. By virtue of the personal injuries for which the plaintiff seeks recovery in the above-entitled action, the State has paid and has become obligated to pay a sum of money to the plaintiff under the terms of the State Workers' Compensation Act.

4. As of the date of this motion, notification of this action has not been made pursuant to the requirements of Conn. Gen. Stat. Sec. 31-293, as amended to date.

WHEREFORE, the subscriber, respectfully moves that it be permitted to intervene in said action as co-plaintiff and file an intervening complaint, which is hereto annexed.

STATE OF CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

William J. McCullough
Assistant Attorney General

BY: _____
 Philip M. Schulz
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel. No. (860) 808-5050
Fed. Bar No. ct00729
Philip.Schulz@po.state.ct.us

## **ORDER**

The above motion having been heard, and it appearing that the same ought to be granted, it is hereby

ORDERED:  That the State of Connecticut be permitted to intervene in said action as a co-plaintiff and file the intervening complaint provided with this motion.

Dated at Hartford, Connecticut, this          day of

BY THE COURT

_____
Clerk

## **CERTIFICATION**

THIS IS TO CERTIFY THAT the within pleading was mailed, via certified mail, return receipt requested this 18th day of February, 2004 to the following parties and/or counsel of record.

> Jeffrey L. Ment, Esq.
> Rome, McGuigan, Sabanosh, P.C.
> One State Street
> Hartford, CT 06103
>
> D. Lincoln Woodard, Esq.
> Moukawsher & Walsh, LLC
> 21 Oak Street, Suite 209
> Hartford, CT 06106
>
> Ryan P. Barry, Esq.
> Moukawsher & Walsh, LLC
> 21 Oak Street, Suite 209
> Hartford, CT 06106

_____
Philip M. Schulz
Assistant Attorney General