FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 19  P 1:29

U.S. DISTRICT COURT
HARTFORD, CT

BRIAN KENNEDY
*Plaintiff*

: CIVIL ACTION NO.
: 3:03 cv 1038(RNC)

v.

KEVIN FOLEY
*Defendant*

: FEBRUARY 18, 2004

## MOTION OF THE STATE OF CONNECTICUT TO INTERVENE AS CO-PLAINTIFF AND TO FILE INTERVENING COMPLAINT

The Subscriber, State of Connecticut, also hereinafter referred to as the Employer, moves this Court for an Order allowing it to intervene in this third-party action as a matter of right under Fed. R. Civ. Proc. 24(a)(2), and Conn. Gen. Stat. Sec. 31-293 and sets forth the following in support of its motion:

1. This action is a third-party personal injury action brought by the plaintiff, Brian Kennedy ("Plaintiff") against the defendant, Kevin Foley ("Defendant") for damages arising out of a Connecticut workers' compensation claim.

2. At the time of the personal injuries suffered by the plaintiff in the above-entitled action, he was in the employ of the State of Connecticut within the scope of the Workers' Compensation Act and said injuries arose out of and in the course of this employment.

3. By virtue of the personal injuries for which the plaintiff seeks recovery in the above-entitled action, the State has paid and has become obligated to pay a sum of money to the plaintiff under the terms of the State Workers' Compensation Act.

FILED 2004 APR -5 A 10:31 U.S. DISTRICT COURT HARTFORD, CT