FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 APR -5 A 10: 31

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| BRIAN KENNEDY<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:03 cv 1038(RNC) |
| v. | : | |
| KEVIN FOLEY<br>*Defendant* | : | FEBRUARY 18, 2004 |

### INTERVENING COMPLAINT OF THE STATE OF CONNECTICUT

The Subscriber, State of Connecticut, also hereinafter referred to as the Employer, represents the following:

### FIRST COUNT:

1. On or about September 10, 2001 and for some time prior thereto, the plaintiff was employed by the co-plaintiff, State of Connecticut.

2. On or about the aforesaid date, the plaintiff was caused to suffer bodily injuries due to an accident which occurred as described in Paragraphs 1 through 10 of the First Count of the plaintiff's complaint, which paragraphs are incorporated herein by reference as subparagraphs of this paragraph, the same as though fully set out herein.

3. The plaintiff, Brian Kennedy, has instituted an action known as a third party action under the terms of Conn. Gen. Stat. § 31-293 entitled <u>Brian Kennedy v. Kevin Foley,</u> in the United States District Court, District of Connecticut at Hartford to recover damages for which the named defendant is alleged to be legally liable.

4. The said accident and the resulting injuries to the employee plaintiff were caused by the negligence and carelessness of the defendant as described in paragraph

11 of the First Count of the plaintiff's complaint, which paragraph is incorporated here by reference the same as though fully set out herein.

    5. The employment of said Brian Kennedy by this co-plaintiff was within the scope of the Workers' Compensation Act of the State of Connecticut and his injuries arose out of and in the course of this employment.

    6. After the occurrence of said accident the said notified this co-plaintiff of same and of his injuries all as set out in his complaint, and this co-plaintiff provided him with medical attention and has expended the sum of $_____ for said medical attention to date, and may be obliged to expend further sums in the future on account thereof, in accordance with the Workers' Compensation Act.

    7. As a further result of the aforesaid accident, this co-plaintiff was obliged to expend sums of money for the payment of compensation, in addition to the medical payments mentioned above, the same amounting to $_____ and may be obliged to expend further sums in the future in payment for such further compensation as may be awarded by the Compensation Commissioner or as may be agreed upon between the parties and approved by the said Commissioner.

**SECOND COUNT:**

1-11.   Paragraphs 1 through 11 of the Second Count of the plaintiff's complaint are hereby made paragraphs 1 through 11 of this count the same as though fully set out herein.

12-14.  Paragraphs 5 through 7 of the First Count of this intervening complaint are hereby made paragraphs 12 through 14 of this count the same as though fully set out herein.

WHEREFORE, the co-plaintiff, State of Connecticut, claims that any damages recovered in said action shall be so paid and apportioned that it will be reimbursed to them for the amounts it has paid and become obligated to pay under the Workers' Compensation Act plus the present worth of any probable future payments.

STATE OF CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

William J. McCullough
Assistant Attorney General

BY: *Philip M Schulz*
Philip M. Schulz
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel. No. (860) 808-5050
Fed. Bar No. ct00729
Philip.Schulz@po.state.ct.us

## CERTIFICATION

THIS IS TO CERTIFY THAT the within pleading was mailed, via certified mail, return receipt requested, this 18th day of February, 2004, to the following parties and/or counsel of record.

Jeffrey L. Ment, Esq.
Rome, McGuigan,
Sabanosh, P.C.
One State Street
Hartford, CT 06103

D. Lincoln Woodard, Esq.
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106

Ryan P. Barry, Esq.
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106

_____
Philip M. Schulz
Assistant Attorney General