```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

BRIAN KENNEDY,                    :
                                  :
     Plaintiff,                   :
                                  :
V.                                :    CASE NO. 3:03CV1038(RNC)
                                  :
KEVIN FOLEY,                      :
                                  :
     Defendant.                   :
```

### SCHEDULING ORDER REGARDING CASE MANAGEMENT PLAN

Based on the parties' report [doc. #15], the following dates are hereby adopted as reasonable and appropriate to serve the purposes of Fed. R. Civ. P. 1:

**Pleadings**: Any motion to amend the complaint or join parties will be filed by the plaintiff no later than **May 1, 2004.** Any motion to amend the answer or join parties will be filed by the defendant no later than **May 1, 2004.** Any motion to amend or join parties filed after these dates will be governed by the good cause standard of Fed. R. Civ. P. 16(b).

**Damages Analysis**: Plaintiff will provide a damages analysis on or before **May 8, 2004.**

**Discovery Deadline**: All discovery, including all discovery relating to expert witnesses, will be completed (not propounded) by **December 1, 2004.**

**Discovery Relating To Expert Witnesses**: An expert witness is anyone, including a treating physician, who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. Unless otherwise ordered, a party intending to call such a witness must disclose a report signed by the witness containing the information required to be disclosed by Fed. R. Civ. P. 26(a)(2)(B). All such expert reports will be disclosed by plaintiff on or before **July 1, 2004** and any such experts will be deposed on or before **October 1, 2004.** All such expert reports will be disclosed by defendant on or before **August 1, 2004** and any such experts will be deposed by **December 1, 2004.**

**Motions to Compel**: Any motion for an order compelling disclosure or discovery pursuant to Fed. R. Civ. P. 37(a) must be filed within 30 days after the due date of the response. Failure to file a timely motion in accordance with this scheduling order constitutes a waiver of the right to file a motion to compel.

**Mandatory Settlement Conference**: A settlement conference will be scheduled for the month of **January 2005**. Any party wishing to have a settlement conference before then is encouraged to file a motion that reflects the views of the other parties.

**Joint Trial Memorandum**: A joint trial memorandum in the form described in the attached addendum will be filed on or before **March 31, 2005**. Counsel signing the memorandum must certify that it is the product of consultation between the lawyers who will be trying the case.

**Trial Ready List**: The case will be placed on the trial ready list for **April 2005**.

**Dispositive Motions**: No dispositive motion will be filed unless a prefiling conference is requested. Any request for a prefiling conference must be submitted in the form of a letter to the court (with copies to all counsel of record or pro se parties) briefly describing the nature and basis of the proposed motion. Except in cases involving pro se parties, no request for a prefiling conference may be submitted unless the attorney making the request has conferred with other counsel of record and discussed the proposed motion in a good faith effort to clarify the issues, eliminate or reduce the area of controversy and arrive at a mutually satisfactory resolution. Cf. D. Conn. L. Civ. R. 37(2)(requiring counsel to confer before filing motions relating to discovery disputes). Except in cases involving pro se parties, any request for a prefiling conference must include a statement that the attorney submitting the request has conferred with other counsel and must briefly describe the results of the conference. To be timely, any request for a prefiling conference regarding a motion for summary judgment must be submitted on or before **November 16, 2004**. Failure to submit a timely request may result in a waiver of the right to file a summary judgment motion. If a

summary judgment motion is filed, the joint trial memorandum will be due 30 days after a ruling on the motion.

**Joint Status Reports of Counsel**: A joint status report of counsel will be submitted on or before **July 2, 2004.** The report will address the matters listed in Fed. R. Civ. P. 16(c). Joint status reports of counsel addressing those matters will be submitted every 90 days thereafter until the matter is resolved.

**Extensions of Time**: All dates set forth in this order are firm and will be extended only for good cause. The good cause standard requires a particularized showing that despite due diligence, the party seeking the extension could not comply with this order. Because of the importance of the discovery deadline to the entire schedule, motions to extend the discovery deadline will be viewed with disfavor. A motion to extend the discovery deadline will not be granted unless the movant shows that discovery was commenced promptly and pursued with due diligence in a good faith effort to comply with the deadline established by this order.

Counsel will provide their clients with a copy of this order.

It is so ordered.

Dated at Hartford, Connecticut this    day of April 2004.


_____/s/RNC_____
Robert N. Chatigny, U.S.D.J.