UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN KENNEDY, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>KEVIN FOLEY, :<br>:<br>Defendant. : | CASE NO.  3:03CV1038(RNC) |

ORDER

Plaintiff having failed to comply with the order of April 5, 2004, requiring the filing of a joint status report on or before July 2, 2004, it is hereby ordered that plaintiff file and serve the report on or before October 8, 2004.

So ordered.

Dated at Hartford, Connecticut this        day of September 2004.

/s/RNC
Robert N. Chatigny
United States District Judge