FILED

2004 OCT 13 P 1: 25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN KENNEDY,<br>         Plaintiff | : CIVIL ACTION NO.<br>: 3:03 CV 1038 (RNC) |
| VS. | : |
| KEVIN FOLEY,<br>         Defendant | :<br>: OCTOBER 11, 2004 |

### WITHDRAWAL OF ACTION

The plaintiff, Brian Kennedy, through his attorneys, Rome McGuigan, P.C., hereby withdraws his action against the defendant, Kevin Foley, presently pending with this court.

PLAINTIFF,

By_____
Jeffrey L. Ment
Rome McGuigan Sabanosh, P.C.
One State Street, Hartford, CT 06103
(860) 549-1000
Federal Bar No. CT 12299

## CERTIFICATION

The undersigned certifies that the foregoing Withdrawal of Action was mailed, first-class, postage prepaid, on October 11, 2004, to the following:

D. Lincoln Woodard, Esquire
Ryan P. Barry, Esquire
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106

Philip M. Schulz
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Jeffrey L. Ment