#20

FILED

2004 OCT 13 P 1: 25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN KENNEDY,                    : CIVIL ACTION NO.
          Plaintiff        : 3:03 CV 1038 (RNC)
                     :
VS.                               :
                     :
KEVIN FOLEY,                      :
          Defendant        : OCTOBER 11, 2004

## WITHDRAWAL OF ACTION

The plaintiff, Brian Kennedy, through his attorneys, Rome McGuigan, P.C., hereby

withdraws his action against the defendant, Kevin Foley, presently pending with this court.

PLAINTIFF,

By_____
Jeffrey L. Ment
Rome McGuigan Sabanosh, P.C.
One State Street, Hartford, CT 06103
(860) 549-1000
Federal Bar No. CT 12299

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726
11459-1 / 386423

October 25, 2004.    Approved. So ordered.

Robert N. Chatigny, U.S.D.J.

2004 OCT 25 P 12: 47